IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE K. CLARKE,

    Plaintiff,        No. 2:07-cv-1848 GEB JFM (PC)

    vs.

REGGARO, et al.,

    Defendants.        <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of May 28, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The July 21, 2008 findings and recommendations are hereby vacated;

    2. Plaintiff's July 23, 2008 request for an extension of time is granted; and

    3. Plaintiff is granted seventy days from the date of this order in which to file a second amended complaint.

DATED: July 31, 2008.

UNITED STATES MAGISTRATE JUDGE

12/mp
clar1848.36