1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEE K. CLARKE,

12              Plaintiff,                    2:07-cv-1848-GEB-JFM-PC

13        vs.

14   REGGARO, et al.,

15              Defendants.                   ORDER

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On November 18, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any objections

22   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1          1. The findings and recommendations filed November 18, 2008, are adopted in

2    full; and

3          2. This action is dismissed without prejudice pursuant to Federal Rule of Civil

4    Procedure 41(b).

5    Dated:  December 22, 2008

6

7    _____
     GARLAND E. BURRELL, JR.
8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26